# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Shawana N. Gaines,<br><br>               Plaintiff,<br><br>v.<br><br>Donnette Dawn Thomas, Marrakesch Inc.<br>d/b/a MDL Transportation, and Esco Latimer,<br><br>              Defendants. | Civil Action No.: 1:21-cv-00336-JMC<br><br>**CONSENT ORDER TO DISMISS AND COMPEL ARBITRATION** |

This matter is before the court on the parties' Consent Motion to Dismiss and Compel Arbitration (ECF No. 5). The parties have agreed to dismiss the action without prejudice and pursue arbitration. (*Id.* at 1.) They have also agreed to retain Mr. Richard Hinson, Esq. as arbitrator. (*Id.*) Should Mr. Hinson not be available or the parties agree, another arbitrator may be chosen. (ECF No. 5-1 at 1.) The parties will arrive at a mutually agreeable scope of discovery that will be enforced by the chosen arbitrator. (*Id.*)

Accordingly, the court **GRANTS** the parties' Consent Motion to Dismiss and Compel Arbitration (ECF No. 5), **DISMISSES WITHOUT PREJUDICE** this matter, and compels arbitration.

    **IT IS SO ORDERED.**

*/s/ J. Michelle Childs*
United States District Judge

May 19, 2021
Columbia, South Carolina

1

2

**WE CONSENT:**

| | |
|---|---|
| s/Mark V. Gende | s/James D. Mosteller, III |
| Mark V. Gende, Fed. ID No. 7305 | James D. Mosteller, III, Fed. ID No. 1461 |
| Adam M. Crain, Fed. ID No. 13355 | Mosteller Law Firm LLC |
| Sweeny, Wingate & Barrow, P.A. | PO Drawer 328 |
| Post Office Box 12129 | Aiken, SC 29802 |
| Columbia, SC 29211 | (803) 259-4964 |
| (803) 256-2233 | Attorney for Plaintiff |
| Attorneys for Defendants | |