AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Shawana N. Gaines | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.  1:21-00336-JMC |
| Donnette Dawn Thomas and Marrakesch Inc d/b/a MDL Transportation | |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendants and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendants' consent motion to dismiss and compel arbitration.

Date:   May 19, 2021                                              *CLERK OF COURT*

                                                                                          s/Angie Snipes
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*